# EXHIBIT A



# State of New Jersey
### Department of Banking and Insurance
### Office of the Commissioner
PO Box 325
Trenton, NJ 08625-0325

Tel (609) 292-7272

Chris Christie
*Governor*

Kim Guadagno
*Lt. Governor*

Richard J. Badolato
*Commissioner*

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

5/9/2017

Attention: KYLE L. JENNINGS
CORPORATE SECRETARY
AMERICAN GENERAL LIFE INSURANCE COMPANY
2919 ALLEN PARKWAY, L4-01
HOUSTON, TX 77019



RE: Helen Strassfeld, as Executrix of the Estate of Joseph Strassfeld,
    Deceased v. American General Life Insurance Company
    Superior Court of New Jersey, Bergen County Law Division
    Docket No.: BER-L-3097-17

Dear Sir/Madam:

You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted original service of process on your behalf in the above-captioned matter. The documents served are enclosed herein.

By copy of this letter I am advising the Attorney for the Plaintiff(s) in this matter and certifying with the Clerk of the Court that these documents have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very Truly Yours,

**Debra A. Mullen**
Administrative Assistant

C: Harold M. Hoffman, Esq.
   240 Grand Avenue
   Englewood, NJ 07631

   Clerk of the Superior Court, Bergen County

---

*Visit us on the Web at dobi.nj.gov*

*New Jersey is an Equal Opportunity Employer    Printed on Recycled Paper and Recyclable*

HAROLD M. HOFFMAN, ESQ.
ATTORNEY ID NO. 006531984
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 569-0086
*ATTORNEY FOR PLAINTIFF*

| | |
|---|---|
| HELEN STRASSFELD, as Executrix of the Estate of Joseph Strassfeld, Deceased,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>BERGEN COUNTY - LAW DIVISION<br><br>DOCKET NO.: BER-L-3097-17<br><br>CIVIL ACTION<br><br>**SUMMONS** |

**From the State of New Jersey To the Defendant(s) named above:**

**AMERICAN GENERAL LIFE INSURANCE COMPANY**

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided). If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $200 filing fee, payable to the Clerk of the Superior Court, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: May 5, 2017
                    /s/ Michelle M. Smith
                    **Michelle M. Smith, Superior Court Clerk**

Name of Defendant to be Served:  AMERICAN GENERAL LIFE INSURANCE COMPANY
Address of Defendant to be Served: c/o Office of Legislation & Regulation, NJ Dep't of Banking & Insurance
                     20 West State Street, PO Box 325, Trenton, NJ 08625

**ATLANTIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY**
Deputy Clerk of the Superior Court
Case Processing Section - Rm 113
Justice Center - 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
49 Rancocas Rd., 1st Fl.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Records, Suite 150
101 S. Fifth St.
Camden, NJ 08103-4001
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY**
Deputy Clerk of the Superior Court
Court House
9 N. Main Street
Cape May, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., PO Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 533-6755
Legal Services
(973) 624-4500

**GLOUCESTER COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Delaware Streets
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 964-9400

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Administration Bldg
Hudson Fee Office, Room G-9
595 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Court House
175 S. Broad St., PO Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Court House, 1st Fl.
1 Kennedy Sq., PO Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior Court
71 Monument Park, PO Box 1260
Court House
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
PO Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 121
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market St., PO Box 29
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House, 3rd Fl.
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 107
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 387-1835
LEGAL SERVICES
(908) 475-2010

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

HAROLD M. HOFFMAN, ESQ.
ATTORNEY ID NO. 006531984
240 GRAND AVENUE
ENGLEWOOD, NJ 07631
(201) 569-0086
*ATTORNEY FOR PLAINTIFF*

| | |
|---|---|
| HELEN STRASSFELD, as Executrix of the Estate of Joseph Strassfeld, Deceased,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | SUPERIOR COURT OF NEW JERSEY<br>BERGEN COUNTY - LAW DIVISION<br><br>DOCKET NO.: BER-L-3097-17<br><br>CIVIL ACTION<br><br>COMPLAINT AND JURY DEMAND |

Plaintiff Helen Strassfeld, as Executrix, by her counsel, Harold M. Hoffman, Esq., for her Complaint against Defendant, respectfully alleges as follows:

<u>The Parties</u>

1. At all relevant times, Plaintiff Helen Strassfeld ("Helen") was a resident of Englewood, New Jersey, in the County of Bergen. On February 24, 2017, the Bergen County Surrogate issued Letters Testamentary to Helen to administer the Estate of her beloved husband, Rabbi Joseph Strassfeld.

1

2. Helen lived for many years at 273 Epps Avenue, in Englewood, along with her husband, Rabbi Joseph Strassfeld, until his death on January 8, 2017. At the time of his death, Rabbi Strassfeld was 66 years old. He and Helen had been married for over 44 years.

3. Rabbi Strassfeld died of esophageal cancer, which was diagnosed less than two years earlier. Esophageal cancer occurs when the tissue that lines the esophagus becomes malignant. The esophagus is the tube that connects the throat to the stomach, allowing food to pass. The survival rates for those suffering from esophageal cancer are low and the condition is harsh. Rabbi Strassfeld was treated with surgery and chemotherapy, among other treatments, and he suffered greatly during the last twenty-three months of his life. He was hospitalized for much of that time; and, for extended periods, not in control of his faculties.

4. At the time of his death, and for many years prior, Rabbi Strassfeld was Dean of *Yeshiva Ohr Simcha of Englewood Inc.*, a tax exempt educational institution located in Englewood, New Jersey (hereinafter "Yeshiva Ohr Simcha"). Rabbi Strassfeld was a well known and beloved educator and public figure in Englewood, especially in its active and well-respected Jewish community.

5. Defendant **American General Life Insurance Company** ("American General") is authorized to sell life insurance products in the State of New Jersey and it conducts

substantial business in this State. Upon information and belief, American General is a Texas corporation, headquartered in Houston, TX.

### Rabbi Strassfeld's Life Insurance Policy

6. In or about January of 2008, at the age of 57, and nine years before his death, Rabbi Strassfeld purchased from American General a term life insurance policy, designated as Policy No. YHE0064063 (hereinafter "Rabbi Strassfeld's life insurance policy" or, the "life insurance policy").

7. Rabbi Strassfeld's life insurance policy had an annual premium of approximately $3,800, which he paid monthly, and a death benefit of $1 million. The beneficiary of the death benefit designated by Rabbi Strassfeld upon purchase of the life insurance policy was Yeshiva Ohr Simcha, the charitable, educational institution to which he was so dedicated and which he served so faithfully. Yeshiva Ohr Simcha remained the beneficiary of Rabbi Strassfeld's life insurance policy, throughout the balance of his life.

### Rabbi Strassfeld and American General contract for a Third-Party to receive Contemporaneous Notice of cancellation, lapse, or final termination of the life insurance policy

8. In January of 2014, after Rabbi Strassfeld's life insurance policy had been in force and effect and fully paid on a monthly basis for six full years, Rabbi Strassfeld received written notice from American General of the opportunity to exercise the option of:

> "designating a third party to receive a copy of any cancellation, lapse or final termination notices"

3

under the life insurance policy. American General advised Rabbi Strassfeld, in writing, that

> "if you designate a third party, we will mail that individual a copy of these [cancellation, lapse or final termination] notices at the same time we mail the notification to you."

9. At the time he received the foregoing option offer from American General, Rabbi Strassfeld, albeit in good health, was 63 years old. At the time, he felt that exercise of the option offered by American General – to have a third party receive direct and contemporaneous notice of potential life insurance policy cancellation, lapse or termination – was a provident and responsible course.

10. Accordingly, on or about January 28, 2014 – more than six full years after purchase of the life insurance policy – utilizing the written form provided to him by American General, Rabbi Strassfeld exercised the option offered to him by American General and instructed that the third party designee for receipt of contemporaneous notice of cancellation, lapse or termination of the life insurance policy, be his son-in-law, Elchonon Butrimovitz ("Elchonon"), with contemporaneous notice to be mailed to Elchonon at: 101 W. Forest Avenue, Englewood, NJ.

### Rabbi Strassfeld is Stricken with Esophageal Cancer

11. In the late Winter of 2015, more than a year after exercising American General's third party notice option, Rabbi Strassfeld was diagnosed with esophageal cancer.

12. For the next 22-23 months, until his death in January of 2017, Rabbi Strassfeld was gravely ill. He underwent, at various times, surgery, chemotherapy and other extreme therapeutic interventions. For extended periods, including from October of 2015 through March of 2016, he was often, as a result of these therapeutic interventions, delirious and not in control of his faculties.

13. In February of 2016, during the foregoing period of delirium and after more than eight full years of faithful payment of the monthly premium on the life insurance policy, Rabbi Strassfeld missed a $315 monthly premium payment and American General terminated the life insurance policy.

14. American General failed and refused to honor express terms of its contractual arrangement with Rabbi Strassfeld which explicitly called for contemporaneous notice to Elchonon of policy cancellation, lapse and/or termination. Elchonon, Rabbi Strassfeld's third party designee, was not notified that a $315 policy premium payment had been missed and/or that the policy had lapsed, terminated, and/or been cancelled.

## COUNT I

15. Plaintiff repeats and realleges the prior allegations of this complaint as if fully set forth at length.

16. Defendant's conduct in purporting to terminate the Policy without contemporaneous, written notice to Elchonon, as expressly agreed in writing, was invalid,

5

ineffective, in breach of express terms of the contractual arrangement between Rabbi Strassfeld and American General, and of no force and effect.

17. As a proximate result of American General's conduct, Plaintiff, as Executrix, was damaged and suffered the improper and unlawful confiscation of a valuable asset of Rabbi Strassfeld's estate.

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

A. Ordering Defendant to reinstate and honor the life insurance policy and the death benefit payable thereunder;

B. Awarding Plaintiff compensatory damages in an amount to be proven at trial;

C. Awarding Plaintiff punitive damages in an amount to be proven at trial by reason of defendant's unlawful and outrageous termination of the life insurance policy;

D. Awarding the Plaintiff her costs, expenses and reasonable legal fees in pursuing the claims stated herein; and,

E. Awarding plaintiff such other and further relief as the Court deems just, proper and equitable.

## JURY DEMAND

Demand is hereby made for trial by jury as to all issues.

## TRIAL COUNSEL DESIGNATION

Pursuant to Rule 4:25-4, the Court is respectfully advised that Harold M. Hoffman, Esq., is hereby designated as plaintiff's trial counsel.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Harold M. Hoffman, counsel for plaintiff, hereby certifies that the matter in controversy is not the subject of any other known pending action in this or any other Court, or any pending arbitration, nor is any other action or arbitration known to be contemplated, other than those disclosed in pleadings filed by parties to this action. At this time, no other known party is anticipated for joinder.

I certify that the foregoing is true to the best of my knowledge. I am aware that if any of the foregoing is wilfully false, I am subject to punishment.

_____
Harold M. Hoffman
*Counsel for Plaintiff*

Dated: May 4, 2017

**Appendix XII-B1**

| CIVIL CASE INFORMATION STATEMENT | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| (CIS) | PAYMENT TYPE: ☐CK ☐CG ☐CA |
| Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1 | CHG/CK NO. |
| | AMOUNT: |
| Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed. | OVERPAYMENT: |
| | BATCH NUMBER: |



| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| HAROLD M. HOFFMAN, ESQ. | (201) 569-0086 | Bergen |
| FIRM NAME (If applicable) | | DOCKET NUMBER (When available) |
| | | L- 3097 -17 |
| OFFICE ADDRESS | | DOCUMENT TYPE |
| 240 GRAND AVENUE, ENGLEWOOD, NJ 07631-4352 | | COMPLAINT |
| hoffman.esq@verizon.net | | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| HELEN STRASSFELD, as Executrix of the Estate of Joseph Strassfeld, Deceased | HELEN STRASSFELD, as Executrix of the Estate of Joseph Strassfeld, Deceased, v. AMERICAN GENERAL LIFE INSURANCE COMPANY |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| 599 | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ☒ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐YES ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN ☐ NONE ☒ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐YES ☒NO | IF YES, IS THAT RELATIONSHIP | ☐ EMPLOYER-EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☒ YES ☐ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:



| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐YES ☒NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐YES ☒NO | IF YES, FOR WHAT LANGUAGE: |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: _[signature]_

Revised Effective 9/2009, CN-10517

**SIDE 2** 

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999  OTHER (Briefly describe nature of action)

**Track II — 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603  AUTO NEGLIGENCE – PERSONAL INJURY
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699  TORT – OTHER

**Track III — 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES
- 620  FALSE CLAIMS ACT

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 280  Zelnorm
- 285  Stryker Trident Hip Implants

**Mass Tort (Track IV)**
- 248  CIBA GEIGY
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE
- 272  BEXTRA/CELEBREX
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 275  ORTHO EVRA
- 277  MAHWAH TOXIC DUMP SITE
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 283  DIGITEK
- 284  NUVARING
- 286  LEVAQUIN
- 601  ASBESTOS
- 619  VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category:  ☐ Verbal Threshold   ☐ Putative Class Action   ☐ Title 59

Revised Effective 9/2009, CN 10517