UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HELEN STRASSFELD,** as Executrix of the Estate of Joseph Strassfeld, Deceased,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>**AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>　　　　　　　　　Defendant. | Case No. 17-cv-4013 (CCC) (MF)<br><br>STIPULATION OF DISMISSAL |

　　**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for all Parties, that in accordance with Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the within action is dismissed, with prejudice and without fees and costs for either party as against the other.

Dated: July 28, 2017

s/ Harold M. Hoffman, Esq.　　　　　s/ Andrew P. Fishkin, Esq.
240 Grand Avenue　　　　　　　　　Fishkin Lucks LLP
Englewood, NJ 07631　　　　　　　　One Riverfront Plaza, Suite 410
(201) 569-0086　　　　　　　　　　 Newark, NJ 07102
hoffman.esq@verizon.net　　　　　　 (973) 536-2800
*Attorney for Plaintiff*　　　　　　　　afishkin@fishkinlucks.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*